FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

March 10, 2022

Hon. Robert Ramirez
Judge, County Court at Law No. 2
Denton County Courts Bldg.
1450 E. McKinney St., Ste. 2437
Denton, TX 76209
* DELIVERED VIA E-MAIL *

Civil County Clerk, Denton County
Denton County Courts Bldg.
1450 E. McKinney St.
Denton, TX 76209
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Shurjo Ali
3901 Pine Valley Drive
Plano, TX 75025
* DELIVERED VIA E-MAIL *

Andrea Simmons
Asst. Criminal District Attorney
1450 E. McKinney, Ste. 3100
Denton, TX 76202
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-21-00241-CR, 02-21-00242-CR
        Trial Court Case Number:     20-222J1, CV-2020-02640-JP

Style:   Shurjo Ali
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*